GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

FILED ☒    LODGED ___
RECEIVED ___    COPY ___

MAY 18 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher Jeffrey Gilbertson,<br><br>Defendant. | No.  CR-23-00794-PHX-JJT (ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the<br>Purchase of a Firearm)<br>Counts 1 – 9<br><br>18 U.S.C. §§ 922(a)(6) and<br>924(a)(2)<br>(Material False Statement During<br>the Purchase of a Firearm)<br>Counts 10 – 18<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1 – 9**</u>

On or about the dates listed below, in the District of Arizona, Defendant CHRISTOPHER JEFFREY GILBERTSON knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CHRISTOPHER JEFFREY

GILBERTSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant CHRISTOPHER JEFFREY GILBERTSON resided at an address in Phoenix, Arizona, whereas in truth and fact, Defendant CHRISTOPHER JEFFREY GILBERTSON knew that he resided at a different address:

| Count | Date | FFL |
|---|---|---|
| 1 | August 21, 2021 | On Sight Shooting School, Casa Grande, AZ |
| 2 | August 24, 2021 | C-A-L Ranch Stores, Casa Grande, AZ |
| 3 | August 31, 2021 | Sportsman's Warehouse, Mesa, AZ |
| 4 | August 31, 2021 | AZ Guns, Chandler, AZ |
| 5 | August 31, 2021 | Arizona Firearms & Accessories, Tempe, AZ |
| 6 | August 31, 2021 | Healy/Predator Guns, LLC., Tempe, AZ |
| 7 | August 31, 2021 | Guns ETC., Mesa, AZ |
| 8 | September 8, 2021 | Bear Arms Firearms, Scottsdale, AZ |
| 9 | September 8, 2021 | Arizona Firearms & Accessories, Tempe, AZ |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 10 – 18

On or about the dates listed below, in the District of Arizona, Defendant CHRISTOPHER JEFFREY GILBERTSON knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CHRISTOPHER JEFFREY GILBERTSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual purchaser, whereas in truth and fact, he was purchasing them on behalf of another person:

| Count | Date | FFL |
|---|---|---|
| 10 | August 21, 2021 | On Sight Shooting School, Casa Grande, AZ |

| 11 | August 24, 2021 | C-A-L Ranch Stores, Casa Grande, AZ |
| 12 | August 31, 2021 | Sportsman's Warehouse, Mesa, AZ |
| 13 | August 31, 2021 | AZ Guns, Chandler, AZ |
| 14 | August 31, 2021 | Arizona Firearms & Accessories, Tempe, AZ |
| 15 | August 31, 2021 | Healy/Predator Guns, LLC., Tempe, AZ |
| 16 | August 31, 2021 | Guns ETC., Mesa, AZ |
| 17 | September 8, 2021 | Bear Arms Firearms, Scottsdale, AZ |
| 18 | September 8, 2021 | Arizona Firearms & Accessories, Tempe, AZ |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 18 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 18 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any forfeitable property, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: May 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
PATRICK E. CHAPMAN
Assistant U.S. Attorney